COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:　　　Mary Patricia Dougherty v. The Northern Trust Company

Appellate case number:　　01-21-00254-CV

Trial court case number:　　461524

Trial court:　　　　　　　Probate Court No. 3 of Harris County

　　　　Appellant, Mary Patricia Dougherty, filed a petition for permissive interlocutory appeal with this Court on May 18, 2021, requesting permission to appeal the probate court's May 3, 2021 order granting appellee, The Northern Trust Company's, motion for partial summary judgment on appellant's time barred claims. *See* TEX. R. APP. P. 28.3. On May 28, 2021, appellee filed its response to appellant's petition for permissive interlocutory appeal. *See* TEX. R. APP. P. 28.3(f) (response to petition for permissive appeal due within ten days of filing date of petition). Accordingly, any reply brief of appellant was due to be filed by June 4, 2021. *See* TEX. R. APP. P. 28.3(f) (reply to response for petition for permissive appeal due within seven days of filing of response).

　　　　On June 4, 2021, appellant filed a motion for extension to file a reply in support of her petition for permissive interlocutory appeal, requesting that the deadline be extended to June 11, 2021. Appellant's motion for extension includes a certificate of conference representing that counsel for appellee does not oppose the extension requested in appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

　　　　Appellant's motion is **granted**. Any reply in support of appellant's petition for permissive interlocutory appeal is due to be filed **no later than June 11, 2021**.

　　　　It is so ORDERED.

Judge's signature: ____/s/ Amparo Guerra_____
　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: __June 10, 2021_____